NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NAVIN KALICHARAN,**

*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**

*Respondent*

---

2023-2416

---

Petition for review of the Merit Systems Protection Board in No. NY-0752-16-0167-I-4.

---

## O R D E R

Upon consideration of Navin Kalicharan's failure to submit an opening brief in this matter,

IT IS ORDERED THAT:

The case is dismissed. Fed. Cir. R. 31(d). Any pending

2                                                                    KALICHARAN v. DOJ

motion is denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 19, 2024
Date